

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul E. Budlow*  *Suite 400*  DIRECT: 410-209-4917
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.Budlow@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

September 23, 2022

Honorable Ellen L. Hollander
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      Re:    *United States v. Marat Yelizarov*, ELH-15-0261
            Sentencing: October 4, 2022, 10:00 a.m.

Dear Judge Hollander:

      The government writes in advance of the sentencing of Marat Yelizarov, scheduled for before Your Honor on October 4, 2022. As the Court is aware, the Fourth Circuit remanded the matter for resentencing based on a *Rogers* area relating to the Court's ordering of various condition of supervised release. The defendant was sentenced by this Court on November 12, 2020, for his role in two violent offenses in 2012 and 2013. After reviewing extensive briefing and conducting a thorough hearing including significant discussion of the defendant's history and characteristics and the offense conduct, this Court sentenced the defendant to 204 months imprisonment. ECF 426 (Judgment & Commitment Order). While the defendant is entitled to a new sentencing based on the *Rogers* error, for all of the reasons stated in the government's sentencing memorandum (ECF 371), and the reasons the Court provided at the sentencing hearing (ECF 436, sentencing transcript), the government requests that the Court impose the same sentence – 204 months imprisonment, restitution, and supervised release – that was imposed in 2020.

                                        Respectfully submitted,

                                        Erek L. Barron
                                        United States Attorney

                         By: _____
                                        Paul E. Budlow
                                        Assistant United States Attorney