**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | **Cr. No. ELH-15-2619** |
| **STANISLAV YELIZAROV** | * | |
| **Defendant** | * | |
| * | | |
| **For: STANISLAV YELIZAROV** | * | |

**DEFENDANT STANISLAV YELIZAROV'S**
**NOTICE OF APPEAL**

Please note an appeal on behalf of the defendant herein, STANISLAV YELIZAROV,

to the United States Court of Appeals for the Fourth Circuit, of the rulings, judgment and

sentence entered in this matter on December 8, 2023.

Respectfully submitted,

_____/s/_____
Richard Bardos
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th of December, 2023, a copy of the foregoing
Notice was served electronically by email to: Office of the United States Attorney, 36
South Charles Street, Fourth Floor, Baltimore, Maryland 21201 and all defense counsel.

_____/s/_____
Richard Bardos